IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN J. VANGSNESS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV205 |
| | ) | |
| v. | ) | |
| | ) | |
| SCHWAN'S SALES ENTERPRISES, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's motion for an enlargement of time in which to respond to defendant's motion to dismiss. Filing No. 14. The court finds the motion should be granted in part. Accordingly,

IT IS ORDERED:

1. Plaintiff's motion for an extension of time (Filing No. 14) is granted.

2. Plaintiff shall respond to defendant's motion to dismiss (Filing No. 5) on or before June 29, 2007.

DATED this 25th day of June, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States Magistrate Judge